Battle, J.
 

 The 31st chapter of the Rev. Code, section 82, empowers courts of law. to compel from parties “ books, or writings, in their possession, or control, which contain evidence pertinent to the issue,” which may be on trial, “ in cases and under circumstances, where they might be compelled to produce the same by the ordinary rules of proceeding in equity.” The question, then, is, would a court of equity compel the defendant to produce the title deeds, under which lie claimed the land in controversy ; but we are not. at liberty to decide it upon the record as it now stands. As this Court said, in
 
 Wallace
 
 v.
 
 Reid,
 
 10 Ire. Rep. 61,
 
 “
 
 no
 
 facts
 
 are stated, upon which to enable this Court to decide whether it was erroneous to discharge the rule or not.”
 
 “
 
 The affidavit, which is sent as a part of the case, is only
 
 evidence.
 
 The Court should have ascertained and stated the facts, so as to present the
 
 *393
 
 question of law.” Upon the authority of that case, we must affirm the judgment in the present.
 

 Pee Cueiam, Judgment affirmed.